UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CAROL ALDRICH, | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 1:22-cv-385 |
| v. | ) |
| HOBBY LOBBY STORES, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing party Hobby Lobby Stores, Inc., by counsel, hereby files this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Hobby Lobby Stores, Inc., appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, states as follows:

## VENUE

1. Removal to the Northern District of Indiana, Fort Wayne Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Fort Wayne Division, embraces Allen County, where the action was pending prior to the filing of this Notice of Removal.

## STATE COURT PROCEEDINGS

2. On October 5, 2020, Plaintiff Carol Aldrich, by counsel, filed her Appearance, Summons, Complaint, and Jury Demand in the above-entitled action against Hobby Lobby Stores, Inc. in the Allen County Superior Court in the State of Indiana, Cause No. 02D03-2210-CT-00513.

3. On October 5, 2022, the Allen County Superior Court issued its Order Setting Case Management Conference, in which it scheduled an Initial Hearing to take place on January 9, 2023.

4. On October 11, 2022, Hobby Lobby Stores, Inc. was served with a Summons and Complaint in the above-entitled action. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

5. On October 12, 2022, Hobby Lobby Stores, Inc., by counsel, filed its Appearance in the Allen County Superior Court.

6. On October 14, 2022, Plaintiff, by counsel, filed Certificates of Issuance of Summons in the Allen County Superior Court.

7. No further proceedings have been had in the Allen County Superior Court.

## **DIVERSITY JURISDICTION EXISTS**

8. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

9. Plaintiff is a citizen of the State of Indiana.

10. Defendant Hobby Lobby Stores, Inc. is an Oklahoma corporation with its principal place of business in Oklahoma City, Oklahoma. Therefore, Hobby Lobby Stores Inc. is a citizen of the State of Oklahoma, and not a citizen of the State of Indiana, for purposes of diversity jurisdiction.

11. There is complete diversity of citizenship between the parties named in this case.

12. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

    a. Plaintiff's Complaint seeks compensation for personal injuries and damages she claims to have sustained arising from the alleged incident, as well as prejudgment interest and other relief.

    b. Plaintiff claims to have sustained injuries, including but not limited to a left displaced femoral neck fracture which required open reduction and internal fixation ("ORIF") surgery, resulting from this incident.

    c. Plaintiff, by counsel, has advised that her initial hospital bill exceeds $60,000 and that collection of additional bills for incurred medical treatment is ongoing; as such, this figure will increase.

    d. Plaintiff, by counsel, has advised that she presently values the claim considerably higher than $75,000.

13. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy with respect to Plaintiff's claims exceeds $75,000 exclusive of interest and costs.

14. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Fort Wayne Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

**STATUTORY REQUIREMENTS**

15. Pursuant to 28 U.S.C. § 1446(a), a copy of the State Court Record is attached. The undersigned verifies that the State Court record is true and accurate as of the date of removal.

16. A copy of this Notice of Removal has been filed in the Allen County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Hobby Lobby Stores, Inc., by counsel, respectfully requests that the above-entitled action be removed from the Allen County Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

LEWIS WAGNER, LLP


By:   */s/Katherine S. Strawbridge*
      KATHERINE S. STRAWBRIDGE, #30123-49
      MACIE L. HINEN, #36847-49
      ***Counsel for Hobby Lobby Stores, Inc.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access the filing through the court's system.

Sarah E. Reser
GLASER & EBBS
132 East Berry Street
Fort Wayne, IN 46802
*Counsel for Plaintiff*

                                        */s/ Katherine S. Strawbridge*
                                        KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:    317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com