# REMOVAL TO FEDERAL COURT

# STATE COURT RECORD

STATE OF INDIANA

Allen County Superior Court

02D03-2210-CT-000513

CAROL ALDRICH

v.

HOBBY LOBBY STORES, INC.

USDC IN/ND case 1:22-cv-00385 document 1-2 filed 10/28/22 page 2 of 26

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Carol Aldrich v. Hobby Lobby Stores Inc

| Case Number | 02D03-2210-CT-000513 |
| --- | --- |
| Court | Allen Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 10/05/2022 |
| Status | 10/05/2022 , Pending  (active) |

## Parties to the Case

Defendant   Hobby Lobby Stores Inc

<u>Address</u>
c/o Corporation Service Company
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

<u>Attorney</u>
Katherine Scott Strawbridge
*#3012349, Lead, Retained*

LEWIS WAGNER LLP
1411 ROOSEVELT AVENUE STE 102
INDIANAPOLIS, IN 46201
317-237-0500(W)

<u>Attorney</u>
Macie Lee Hinen
*#3684749, Retained*

1411 Roosevelt AVE
STE 102
Indianapolis, IN 46201
317-644-5563(W)

Plaintiff      Aldrich, Carol

Attorney
Sarah E Reser
*#2743953, Retained*

132 E Berry ST
Fort Wayne, IN 46802
260-424-0954(W)

## Chronological Case Summary

| | |
|---|---|
| 10/05/2022 | **Cause Of Actions** |
| | Complaint for Damages |
| | <u>Action Type</u> |
| | Claim |

| | |
|---|---|
| 10/05/2022 | **Case Opened as a New Filing** |

| | | |
|---|---|---|
| 10/05/2022 | **Complaint/Equivalent Pleading Filed** | |
| | Complaint for Damages | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/05/2022 |

| | | |
|---|---|---|
| 10/05/2022 | **Appearance Filed** | |
| | Appearance - Sarah Reser | |
| | For Party: | Aldrich, Carol |
| | File Stamp: | 10/05/2022 |

| | | |
|---|---|---|
| 10/05/2022 | **Jury Trial Demand Filed** | |
| | Plaintiff's Jury Demand | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/05/2022 |

| | | |
|---|---|---|
| 10/05/2022 | **Subpoena/Summons Filed** | |
| | Summons - Hobby Lobby - Registered Agent | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/05/2022 |

USDC IN/ND case 1:22-cv-00385   document 1-2   filed 10/28/22   page 4 of 26

| 10/05/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons - Hobby Lobby - Store | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/05/2022 |

| 10/05/2022 | **Order Issued** | |
|---|---|---|
| | Order Setting Case Management Conference | |
| | Judicial Officer: | DeGroote, Jennifer Lynne |
| | Order Signed: | 10/05/2022 |

| 10/05/2022 | **Hearing Scheduling Activity** |
|---|---|
| | Initial Hearing scheduled for 01/09/2023 at 3:00 PM. |

| 10/06/2022 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Issued ---- 10/5/2022 : Sarah E Reser Hearing Scheduling Activity ---- 10/5/2022 : Sarah E Reser |

| 10/06/2022 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Order Issued ---- 10/5/2022 : Hobby Lobby Stores Inc Hearing Scheduling Activity ---- 10/5/2022 : Hobby Lobby Stores Inc |

| 10/12/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Katherine S. Strawbridge and Macie L. Hinen | |
| | For Party: | Hobby Lobby Stores Inc |
| | File Stamp: | 10/12/2022 |

| 10/17/2022 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons - Hobby Lobby R.A. | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/14/2022 |

| 10/17/2022 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons - Hobby Lobby | |
| | Filed By: | Aldrich, Carol |
| | File Stamp: | 10/14/2022 |

| 10/19/2022 | **Service Returned Served** |
|---|---|
| | Summons For Hobby Lobby Stores Inc Returned Served By Allen County Sheriff. Leaving A Copy With The Employer. |
| | Party Served:      Hobby Lobby Stores Inc |
| | Date Served:      10/18/2022 |

| 10/25/2022 | **Service Returned Served (E-Filing)** |
|---|---|
| | Return of Service - Hobby Lobby - Registered Agent |
| | Filed By:      Aldrich, Carol |
| | File Stamp:      10/25/2022 |

| 01/09/2023 | **Initial Hearing** |
|---|---|
| | Session: |
| |      01/09/2023 3:00 PM, Judicial Officer: DeGroote, Jennifer Lynne |
| | Comment:      Case Management Conference |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Aldrich, Carol**

Plaintiff

**Balance Due** (as of 10/28/2022)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 185.00 | 0.00 | 185.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/05/2022 | Transaction Assessment | 185.00 |
| 10/05/2022 | Electronic Payment | (185.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| STATE OF INDIANA | ) | | IN THE ALLEN SUPERIOR COURT |
|---|---|---|---|
| | ) SS: | | |
| COUNTY OF ALLEN | ) | | CAUSE NO. |

| | |
|---|---|
| CAROL ALDRICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HOBBY LOBBY STORES INC., | ) |
| | ) |
| Defendant. | ) |

## <u>COMPLAINT FOR DAMAGES</u>

Plaintiff Carol Aldrich, by counsel, Glaser & Ebbs, alleges and seeks relief as follows:

1.      Carol Aldrich ("Plaintiff") is a resident of Allen County, State of Indiana.

2.      Hobby Lobby Stores Inc. ("Defendant") is a foreign corporation that does business in the State of Indiana.

3.      On or about March 18, 2022, Plaintiff was inside a Hobby Lobby store (located at or near 5519 Coldwater Road in Fort Wayne, Indiana) that was owned, operated, managed, and/or maintained by Defendant.

4.      As Plaintiff was walking inside the store, she slipped and fell due to silk flower petals on the floor.

5.      Plaintiff's fall was a direct and proximate result of the negligence of Defendant, such negligence including but not being limited to creating a dangerous condition on the premises, failing to warn of a dangerous condition on the premises, and/or failing to maintain the premises in a reasonably safe condition.

6.     As a direct and proximate result of the negligence of Defendant, Plaintiff has suffered personal injuries.

WHEREFORE, Plaintiff Carol Aldrich, by counsel, prays that a judgment be entered in her favor and against Defendant Hobby Lobby Stores Inc., in an amount commensurate with her damages, for prejudgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

GLASER & EBBS

*/s/ Sarah E. Reser*
Sarah E. Reser, #27439-53
132 East Berry Street
Fort Wayne, IN 46802
P:  (260) 424-0954
F:  (260) 424-6529
COUNSEL FOR PLAINTIFF

STATE OF INDIANA      )                IN THE ALLEN SUPERIOR COURT
                           ) SS:
COUNTY OF ALLEN      )               CAUSE NO.

CAROL ALDRICH,                    )
                           )
      Plaintiff,             )
                           )
v.                           )
                           )
HOBBY LOBBY STORES INC.,   )
                           )
      Defendant.           )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  **Initiating**

1.     The undersigned attorney now appears in this case for the following party member(s):
Plaintiff Carol Aldrich

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case
information as required by Trial Rules 3.1 and 77(B) is as follows:

Name:       Sarah E. Reser           Attorney Number: 27439-53
Address:   132 E. Berry Street       Phone: (260) 424-0954
           Fort Wayne, IN 46802     Fax:   (260) 424-6529
E-mail:    sreser@glaserebbsfw.com

**IMPORTANT**:  Each attorney specified on this appearance:
(a)     certifies that the contact information listed for him/her on the Indiana Supreme
Court Roll of Attorneys is current and accurate as of the date of this
Appearance;
(b)     **acknowledges that all orders, opinions, and notices from the court in this
matter that are served under Trial Rule 86(G) will be sent to the attorney at
the email address(es) specified by the attorney on the Roll of Attorneys
regardless of the contact information listed above for the attorney**; and
(c)     understands that he/she is solely responsible for keeping his/her Roll of
Attorneys contact information current and accurate, see Ind. Admis. Disc. R.
2(A).
Attorneys can review and update their Roll of Attorneys contact information on the
Courts Portal at http://portal.courts.in.gov.

3.     Are there other party members?  Yes _____  No __X__

4.     If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):  __CT_____

5.     I will accept service by FAX at the above noted number:   Yes_____   No__X__

6.     This case involves support issues:   Yes_____   No__X___

7.     There are related cases:   Yes_____   No__X___

8.     This form has been served on all other parties.  Certificate of Service is attached: Yes_____   No__X___

9.     Additional information required by local rule:  NONE

Respectfully submitted,

GLASER & EBBS

*/s/ Sarah E. Reser*_____
Sarah E. Reser, #27439-53
132 East Berry Street
Fort Wayne, IN 46802
P:  (260) 424-0954
F:  (260) 424-6529
COUNSEL FOR PLAINTIFF

STATE OF INDIANA      )                    IN THE ALLEN SUPERIOR COURT
                            ) SS:
COUNTY OF ALLEN      )                    CAUSE NO.

CAROL ALDRICH,                        )
                               )
      Plaintiff,                   )
                               )
v.                                      )
                               )
HOBBY LOBBY STORES INC.,      )
                               )
      Defendant.              )

### PLAINTIFF'S JURY DEMAND

Pursuant to Indiana Rule of Trial Procedure 38(b), Plaintiff Carol Aldrich, by counsel,

respectfully demands trial by jury.

Respectfully submitted,

GLASER & EBBS

*/s/ Sarah E. Reser*_____
Sarah E. Reser, #27439-53
132 East Berry Street
Fort Wayne, IN 46802
P: (260) 424-0954
F: (260) 424-6529
COUNSEL FOR PLAINTIFF

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | 715 S. Calhoun Street, #201 |
| COUNTY OF ALLEN | ) | Fort Wayne, IN 46802 |
| | | (260) 449-7245 |

CAROL ALDRICH

CASE NUMBER_____

v.

HOBBY LOBBY STORES INC.

# SUMMONS

**TO:**   **HOBBY LOBBY STORES INC.**
**C/O CORPORATION SERVICE COMPANY**
**135 N PENNSYLVANIA ST, SUITE 1610**
**INDIANAPOLIS, IN 46204**

You have been sued by the person(s) named above.  The claim made against you is attached to this Summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

____X____   Certified Mail     You or your attorney must file a written answer to the claim **WITHIN TWENTY-THREE (23) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

_____   Personal Service     You or your attorney must file a written answer to the claim **WITHIN TWENTY (20) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Courts, 715 S. Calhoun Street, #201, Fort Wayne, IN 46802.  The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed an answer.  If you wish to file a claim against another party associated with the case, you must state it in your answer.

If this Summons is accompanied by a Notice to Appear or of Hearing, you must appear in this Court at the above address on the date and time stated in the attached notice form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**   10/5/2022                                                                                                    JS

Dated: _____          _____
                                                                             CLERK OF THE ALLEN COUNTY COURTS

Sarah E. Reser_____          (Seal)
Attorney/Party Preparing Summons

132 E. Berry Street_____
Street Address

Fort Wayne, IN 46802_____
City, State, Zip Code

(260) 424-0954          #27439-53_____
Telephone Number        Attorney Number

## MANNER OF SERVICE

SHERIFF shall serve this Summons as follows:          OTHER manner of service:
_____  personal service                                             __X__  attorney to serve by certified mail
_____  leaving a copy at dwelling or place of employment    _____  private process server
                                                                                        _____  other (describe in particular and note T.R.)
CLERK shall serve this Summons as follows:
_____  regular mail
_____  certified mail
_____  publication

**ADMISSION OF SERVICE**

I received a copy of this document on this date _____ and at this location: _____

_____.          _____
                                                  Signature of Party      Relationship (if not the within named person)

### RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER

Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this document as specified:  ( _____ )**

READING/delivering a copy (A) to the within named party:
                          (Z) READING OVER THE TELEPHONE to the person named/mailing a copy:

LEAVING A COPY for the within named party
                          (B) with the SPOUSE, named:              (F) with a SECRETARY, named:
                          (C) with a RELATIVE, named:              (G) with the ATTORNEY, named:
                          (D) at the RESIDENCE, located at:        (H) with this person (OTHER – specify):
                          (E) with the EMPLOYER, named:

                                                                   _____

                          Specify name of person, work supervisor, place of business, or location where copy was left.

                          _____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named
person as indicated:** _____.
                          Last Known Address of Person Named in the Document (or Change of Address)

**I did _not_ serve a copy of this document because:  ( _____ )**

(I)  the party was NOT FOUND/NO SUCH ADDRESS.        (R) the party was on VACATION.
(J)  the document EXPIRED.                           (S) the party was NOT FOUND/VACANT.
(K) the party AVOIDED service.                       (T) the party was NOT FOUND/MOVED.
(L) the party REFUSED service.                       (U) the party was NOT FOUND IN THIS BAILIWICK.
(M) the party was NO LONGER EMPLOYED at that address. (V) INSUFFICIENT ADDRESS OR INFORMATION
                                                         WAS GIVEN.
(N) the document was RETURNED by the authority of the plaintiff. (W) they are NO LONGER IN BUSINESS.
(O) the party is DECEASED.                           (X) several attempts were made/UNABLE TO SERVE.
(P) the party was UNKNOWN AT THAT ADDRESS.           (Y) of the following reason (OTHER – specify):
(Q) the party was on SICK LEAVE/LAY OFF.

                                                     _____

**I affirm, under the penalty of perjury, that the foregoing representations are true.**

_____          _____
Date Served/Attempted      Time Served/Attempted    Signature of Sheriff (or other Officer)

_____          By: _____
         (Printed Name of Process Server)                                    (Signature of Process Server)

Page **2** of **2**

**02D03-2210-CT-000513**

Filed: 10/5/2022 9:43 AM
Clerk
USDC IN/ND case 1:22-cv-00385 Allen Superior Court 2   filed 10/28/22   page 14 of 26 Allen County, Indiana
JS

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | 715 S. Calhoun Street, #201 |
| COUNTY OF ALLEN | ) | Fort Wayne, IN 46802 |
| | | (260) 449-7245 |

CAROL ALDRICH

CASE NUMBER_____

v.

HOBBY LOBBY STORES INC.

# SUMMONS

**TO:     HOBBY LOBBY STORES INC.**
**5519 COLDWATER ROAD**
**FORT WAYNE, IN 46825**

You have been sued by the person(s) named above.  The claim made against you is attached to this Summons; please examine all pages carefully.  The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

_____ Certified Mail          You or your attorney must file a written answer to the claim **WITHIN TWENTY-THREE (23) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

___X___ Personal Service       You or your attorney must file a written answer to the claim **WITHIN TWENTY (20) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Courts, 715 S. Calhoun Street, #201, Fort Wayne, IN 46802.  The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed an answer.  If you wish to file a claim against another party associated with the case, you must state it in your answer.

If this Summons is accompanied by a Notice to Appear or of Hearing, you must appear in this Court at the above address on the date and time stated in the attached notice form.  **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**   10/5/2022                                                                              JS

Dated: _____          _____
                                                                                            CLERK OF THE ALLEN COUNTY COURTS

Sarah E. Reser_____          (Seal)
Attorney/Party Preparing Summons

132 E. Berry Street_____
Street Address

Fort Wayne, IN 46802_____
City, State, Zip Code

(260) 424-0954          #27439-53_____
Telephone Number          Attorney Number

## MANNER OF SERVICE

| | |
|---|---|
| SHERIFF shall serve this Summons as follows: | OTHER manner of service: |
| ___X___ personal service | _____ attorney to serve by certified mail |
| _____ leaving a copy at dwelling or place of employment | _____ private process server |
| | _____ other (describe in particular and note T.R.) |
| CLERK shall serve this Summons as follows: | |
| _____ regular mail | |
| _____ certified mail | |
| _____ publication | |

**ADMISSION OF SERVICE**

I received a copy of this document on this date _____ and at this location: _____

_____.        _____
                                                                        Signature of Party       Relationship (if not the within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**

Enter the alphabetical letter in the space provided to indicate the type of service.

**I served a copy of this document as specified:  ( _____ )**

READING/delivering a copy (A) to the within named party:
                    (Z) READING OVER THE TELEPHONE to the person named/mailing a copy:

LEAVING A COPY for the within named party
                    (B) with the SPOUSE, named:                    (F) with a SECRETARY, named:
                    (C) with a RELATIVE, named:                    (G) with the ATTORNEY, named:
                    (D) at the RESIDENCE, located at:            (H) with this person (OTHER – specify):
                    (E) with the EMPLOYER, named:

                                                                                    _____

                    Specify name of person, work supervisor, place of business, or location where copy was left.

                    _____

**and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named
person as indicated:** _____.
                    Last Known Address of Person Named in the Document (or Change of Address)

**I did not serve a copy of this document because:  ( _____ )**

(I)  the party was NOT FOUND/NO SUCH ADDRESS.        (R) the party was on VACATION.
(J)  the document EXPIRED.                                            (S) the party was NOT FOUND/VACANT.
(K) the party AVOIDED service.                                       (T) the party was NOT FOUND/MOVED.
(L) the party REFUSED service.                                       (U) the party was NOT FOUND IN THIS BAILIWICK.
(M) the party was NO LONGER EMPLOYED at that address.  (V) INSUFFICIENT ADDRESS OR INFORMATION
                                                                                            WAS GIVEN.
(N) the document was RETURNED by the authority of the plaintiff.  (W) they are NO LONGER IN BUSINESS.
(O) the party is DECEASED.                                           (X) several attempts were made/UNABLE TO SERVE.
(P) the party was UNKNOWN AT THAT ADDRESS.        (Y) of the following reason (OTHER – specify):
(Q) the party was on SICK LEAVE/LAY OFF.

                                                                                    _____

**I affirm, under the penalty of perjury, that the foregoing representations are true.**

_____        _____
Date Served/Attempted          Time Served/Attempted         Signature of Sheriff (or other Officer)

_____        By: _____
            (Printed Name of Process Server)                            (Signature of Process Server)

Page **2** of 2

STATE OF INDIANA   )             ALLEN SUPERIOR COURT
                    ) SS:
COUNTY OF ALLEN   )          CAUSE NO. 02D03-2210-CT-513

CAROL ALDRICH,        )
    Plaintiff,         )
                    ) **ORDER SETTING CASE**
vs.                  ) **MANAGEMENT CONFERENCE**
                    )
                    )
HOBBY LOBBY STORES, INC.,  )
    Defendants.       )

**PLAINTIFF IS DIRECTED TO SERVE ·A COPY OF THIS ORDER SETTING CASE MANAGEMENT CONFERENCE ON DEFENDANT(S).**

The parties or their attorneys to this action are hereby directed to appear before Judge Jennifer L. DeGroote for a Case Management Conference on **January 9, 2023, at 3:00 p.m.**, to consider, among other matters:

    1.  Appointment of a mediator and the scheduling of mediation;
    2.  Venue and jurisdiction;
    3.  Factual and legal contentions of the parties;
    4.  Contested and stipulated facts and legal issues;
    5.  Simplification of issues;
    6.  The types of discovery, and discovery deadlines;
    7.  Expert witnesses;
    8.  Dispositive motions and issues, and setting the motions for hearing;
    9.  Scheduling additional pre-trial conferences; and
    10.  Jury requests/waiver.

The Court now Orders that absent a separate Order to the contrary, all pleadings, motions, and requests for relief shall be set for hearing at the Case Management Conference.[1]

Each party must be represented at the Case Management Conference by the attorney who expects to try this case, who shall come with authority to agree upon a mediator, to stipulate issues and undisputed facts and, where

---

[1] However, if the motion is otherwise subject to Ind. Trial Rule 53.1, absent waiver of the time limitation set out in the Rule, the Court shall rule upon the motion at the Case Management Conference.

possible, agree to the admission into evidence or waive any requirements for the formal proof of documentary evidence.

As a result of the Case Management Conference, the Court may limit the time to complete discovery or to file any pre-trial motions; set a date for any final pre-trial conference or other conference; and/or establish a schedule for the filing of any proposed pre-trial order, stipulations, or lists of witnesses and exhibits.  The schedule established as a result of the Case Management Conference shall <u>not</u> be modified except by order of the Court upon a showing of good cause or by agreement of the parties.

The Case Management Conference set in this case shall be by remote appearance.

For the proceeding, the Court intends to use the Zoom platform.  Zoom is a remote video conference platform, which the Court will make available to you at no charge.  The Court has a license for this software.  A computer (or tablet or mobile device) with a webcam and microphone is necessary to participate via Zoom.

At least 72 hours in advance of the hearing, all counsel and all unrepresented persons in this case shall email the Court at kelly.sistevaris@allensuperiorcourt.us to provide the Court with the email address the Court may use to send an invitation for the Zoom remote appearance.

**Rule 2.17 of the Indiana Judicial Conduct, entitled, "Prohibiting Broadcasting of Proceedings," provides that judges must prohibit the recording of Court proceedings.  Accordingly, everyone who in any way participates in, sees, or hears the Court proceeding is now Ordered that they shall not record the proceedings in any manner. Violations of this rule and Order shall be punished by Contempt of Court.**

DATE: October 5, 2022

_____
JUDGE JENNIFER L. DEGROOTE

IN THE ALLEN COUNTY SUPERIOR COURT

STATE OF INDIANA

| | | |
|---|---|---|
| CAROL ALDRICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CAUSE NO.:  02D03-2210-CT-000513 |
| v. | ) | |
| | ) | |
| HOBBY LOBBY STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**Party Classification:**  Initiating _____   Responding _X_   Intervening _____

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

### HOBBY LOBBY STORES, INC.

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| **Katherine S. Strawbridge** | **Attorney #30123-49** |
| **Macie L. Hinen** | **Attorney #36847-49** |
| LEWIS WAGNER, LLP | Phone:  (317)  237-0500 |
| 1411 Roosevelt Avenue, Suite 102 | Fax:   (317)  630-2790 |
| Indianapolis, IN  46202 | kstrawbridge@lewiswagner.com |
| | mhinen@lewiswagner.com |

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of

> Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. There are other party members: Yes _____ No __X__  (If yes, list on continuation page.)

4. *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5. I will accept service by fax at the above noted number: Yes _____ No _X_
   Counsel would represent to the court that fax service is acceptable in emergency situations.

6. This case involves support issues.  Yes _____ No _X_  (If yes, supply social security numbers for all family members on continuation page.)

7. There are related cases. Yes _____ No _X_  *(If yes, list* on continuation page.)

8. This form has been served on all other parties.  Certificate of Service is attached.
   Yes _X_   No _____

9. Additional information required by local rule:


LEWIS WAGNER, LLP



By:    */s/Katherine S. Strawbridge*_____
       KATHERINE S. STRAWBRIDGE, #30123-49
       MACIE L. HINEN, #36847-49
       ***Counsel for Defendant***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2022, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Sarah E. Reser
GLASER & EBBS
132 East Berry Street
Fort Wayne, IN 46802
***Counsel for Plaintiff***

*/s/ Katherine S. Strawbridge*
KATHERINE S. STRAWBRIDGE

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:     317-237-0500
Facsimile:     317-630-2790
kstrawbridge@lewiswagner.com
mhinen@lewiswagner.com

STATE OF INDIANA          )     IN THE ALLEN SUPERIOR COURT
                          ) SS:
COUNTY OF ALLEN           )     CAUSE NO.: 02D03-2210-CT-000513

CAROL ALDRICH,            )
                          )
      Plaintiff,      )
v.                        )
                          )
HOBBY LOBBY STORES INC,   )
                          )
      Defendant.     )

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

      The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

  1)  Name:                          Hobby Lobby Stores Inc.
                               5519 Coldwater Road
      City, State, and Zip Code:     Fort Wayne, IN 46825

<u>Service was attempted or requested by:</u>

[  ]  Certified Mail or Registered Mail with Return Receipt Requested

     Tracking Number:

     Date Mailed:

[ X ]  Sheriff of Allen County, Indiana. Service documents were delivered to said Sheriff on the date of October 14, 2022 and service of process fees were paid.

[  ]  Other:

Date:  October 14, 2022

<u>/s/ *Brooke Biggins*</u>                   <u>(260) 424-0954</u>             
Signature                                     Phone Number

<u>Brooke Biggins</u>                   <u>bbiggins@glaserebbsfw.com</u>        
Printed Name                                E-Mail Address

STATE OF INDIANA              )       IN THE ALLEN SUPERIOR COURT
                                ) SS:
COUNTY OF ALLEN           )       CAUSE NO.: 02D03-2210-CT-000513

CAROL ALDRICH,              )
                                )
      Plaintiff,              )
v.                           )
                                )
HOBBY LOBBY STORES INC,    )
                                )
      Defendant.          )

## CERTIFICATE OF ISSUANCE OF SUMMONS

The undersigned hereby certifies that pursuant to the Indiana Rules of Trial Procedure service of the Complaint or Equivalent Pleading and Summons or the Notice of Claim was attempted on the following Defendant at the address noted below:

Name:                   Hobby Lobby Stores Inc.
                            c/o Corporation Service Company
Street Address:        135 N Pennsylvania Street, Suite 1610
City, State, and Zip Code:   Indianapolis, IN 46204

Service was attempted or requested by:

[ X ]   Certified Mail or Registered Mail with Return Receipt Requested

      Tracking Number:   7021 0350 0001 8356 3945

      Date Mailed:      October 14, 2022

[  ]   Sheriff of _____ County, Indiana.  Service documents were delivered to said Sheriff on the date of _____ and service of process fees were paid.

[  ]   Other:

Date:  October 14, 2022

/s/ Brooke Biggins_____        (260) 424-0954_____
Signature                           Phone Number

Brooke Biggins_____        bbiggins@glaserebbsfw.com_____
Printed Name
E-Mail Address

Filed: 10/25/2022 2:08 PM
Clerk
Allen County, Indiana
ED

STATE OF INDIANA      )          IN THE ALLEN SUPERIOR COURT
                    ) SS:
COUNTY OF ALLEN      )          CAUSE NO.: 02D03-2210-CT-000513

CAROL ALDRICH,            )
                        )
       Plaintiff,         )
                        )
v.                                )
                        )
HOBBY LOBBY STORES INC.     )
                        )
       Defendant.       )

## RETURN OF SERVICE OF SUMMONS

Return on Service of Summons by Mail

[ X ]    I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint/Equivalent Pleading mailed to Defendant/Respondent **Hobby Lobby Stores Inc., c/o Corporation Service Company, 135 N Pennsylvania Street, Suite 1610, Indianapolis, IN 46204 was accepted by the Defendant/Respondent;**

[   ]    I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the Complaint/Equivalent Pleading was not accepted;

[   ]    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint/Equivalent Pleading mailed to the Defendant/Respondent was accepted by _____ on behalf of the Defendant/Respondent;

on the 21st day of October 2022.

_/s/ Brooke Biggins___
Signature

Brooke Biggins____
Printed Name

(260) 424-0954_____
Phone Number

bbiggins@glaserebbsfw.com
E-Mail Address

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hobby Lobby Stores, Inc.
c/o Corporation Service Company
135 N. Pennsylvania St.
                    Suite 1610

Indianapolis, IN 46204

9590 9402 7459 2055 6698 04

2. Article Number *(Transfer from service label)*

7021 0350 0001 8356 3945

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mary Colema_
- ☐ Agent
- ☐ Addressee

B. Received by *(Printed Name)*  | C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

OCT 21 20

Page 2 of 2

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Return

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

RECEIVED
SHERIFF'S DEPARTMENT
ALLEN COUNTY, IN

Allen Superior Court 3

000158 OCT 17 22

STATE OF INDIANA )
) SS:
COUNTY OF ALLEN )

IN THE ALLEN SUPERIOR COURT
715 S. Calhoun Street, #201
Fort Wayne, IN 46802
(260) 449-7245

CAROL ALDRICH

CASE NUMBER_____

v.

HOBBY LOBBY STORES INC.

# SUMMONS

ALLEN COUNTY SHERIFF
SERVICE FEE
PAID

**TO:**    **HOBBY LOBBY STORES INC.**
**5519 COLDWATER ROAD**
**FORT WAYNE, IN 46825**

You have been sued by the person(s) named above. The claim made against you is attached to this Summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to **FILE YOUR ANSWER**.

_____ Certified Mail    You or your attorney must file a written answer to the claim **WITHIN TWENTY-THREE (23) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

__X__ Personal Service    You or your attorney must file a written answer to the claim **WITHIN TWENTY (20) DAYS**, commencing the day after you receive this Summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of the Allen County Courts, 715 S. Calhoun Street, #201, Fort Wayne, IN 46802. The method you choose to deliver your answer to the Clerk's office is up to you; however, you should be able to prove you filed an answer. If you wish to file a claim against another party associated with the case, you must state it in your answer.

If this Summons is accompanied by a Notice to Appear or of Hearing, you must appear in this Court at the above address on the date and time stated in the attached notice form. **IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.**    10/5/2022    JS

Dated: _____    _Christopher M. Narcarrow_
CLERK OF THE ALLEN COUNTY COURTS

Sarah E. Reser
Attorney/Party Preparing Summons    (Seal)

132 E. Berry Street
Street Address

Fort Wayne, IN 46802
City, State, Zip Code

(260) 424-0954    #27439-53
Telephone Number    Attorney Number

ALLEN COUNTY CLERK
SEAL
INDIANA

## MANNER OF SERVICE

SHERIFF shall serve this Summons as follows:
__X__ personal service
_____ leaving a copy at dwelling or place of employment

CLERK shall serve this Summons as follows:
_____ regular mail
_____ certified mail
_____ publication

OTHER manner of service:
_____ attorney to serve by certified mail
_____ private process server
_____ other (describe in particular and note T.R.)

Page **1** of 2

**CERTIFIED MAIL**

I hereby certify, as indicated in the date issued field, that a copy of this Subpoena was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested.

I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service was/was not made, according to the information contained therein.

Date Issued: _____

Date Returned: _____

_____
Clerk of Allen Circuit and Superior Courts

_____
Clerk of Allen Circuit and Superior Courts

## ADMISSION OF SERVICE

I received a copy of this Subpoena on this date _____ and at this location: _____

_____

Signature of Party          Relationship (if not the within named person)

## RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER          Place the letter in the space (_) to indicate the type of service.

**I served a copy of this Subpoena and the claim as specified below:          ( _E_ )**

READING/delivering a copy          (A) to the within named party:

LEAVING A COPY for the within named party
    (B) with the SPOUSE, named:
    (C) with a RELATIVE, named:
    (D) at the RESIDENCE, located at:
    (E) with the EMPLOYER, named:

    (F) with a SECRETARY, named:
    (G) with the ATTORNEY, named:
    (H) with this person (OTHER - specify):
    _____

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

**and (if applicable) by sending a copy of this Subpoena by first-class mail to the last known address of the within named person as indicated below:**

_____

Last Known Address of Person Named in the Subpoena (or Change of Address)

**I did _not_ serve the within Subpoena and claim because: (____)**

(I) the party was NOT FOUND/NO SUCH ADDRESS:
(J) the document EXPIRED.
(K) the party AVOIDED service.
(L) the party REFUSED service.
(M) the party was NO LONGER EMPLOYED at that address.
(N) the document was RETURNED BY THE AUTHORITY OF THE PLAINTIFF.
(O) the party is DECEASED.
(P) the party was UNKNOWN AT THAT ADDRESS.
(Q) the party was on SICK LEAVE/LAY OFF.

(R) the party was on VACATION
(S) the party was NOT FOUND/VACANT.
(T) the party was NOT FOUND/MOVED.
(U) the party was NOT FOUND IN THIS BAILIWICK.
(V) INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN.
(W) they are NO LONGER IS BUSINESS.
(X) several attempts were made/UNABLE TO SERVE.
(Y) of the following reason (OTHER-specify):

_____

**I affirm, under the penalty of perjury, that the foregoing representations are true.**

OCT 1 8 2022

_____
Date Served/Attempted          Time Served/Attempted

_____
(Printed Name of Process Server)

_____
Signature of Sheriff of Allen County, Indiana
(or other Officer)

By: _____
(Signature of Process Server)

0160217/cfosnaugh